SAO
**DANIEL S. SIMON, ESQ.**
Nevada Bar #004750
**BENJAMIN J. MILLER, ESQ.**
Nevada Bar #010406
**SIMON LAW**
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 364-1650
(702) 364-1655 fax
lawyers@simonlawlv.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA PALMER;<br>DONALD PALMER;<br>Husband and Wife;<br><br>   Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC d/b/a<br>LOWE'S STORE# 1863;<br>DOE EMPLOYEE;<br>DOES II through V and ROE<br>CORPORATIONS VI through X, inclusive,<br><br>   Defendants. | Case No.: 2:16-cv-00033-JCM-PAL<br><br>**STIPULATION AND ORDER TO<br>DISMISS PLAINTIFF<br>DONALD PALMER** |

IT IS HEREBY STIPULATED between Plaintiffs SANDRA PALMER and DONALD PALMER and Defendants LOWE'S HOME CENTERS, LLC d/b/a LOWE'S STORE# 1863, to the above-entitled action, through their undersigned respective counsel of record, that Plaintiff DONALD PALMER be dismissed without prejudice, each party to bear their own costs and attorney's fees, except as otherwise agreed.

DATED: __2/4/16__                              DATED: __2/4/16__

SIMON LAW                                      THORNDAL ARMSTRONG DELK
                                               BALKENBUSH & EISINGER

By: __/s/ Benjamin J. Miller__                 By: __/s/ Kevin Diamond__
    Benjamin J. Miller, Esq.                       Kevin Diamond, Esq.
    Nevada Bar No.: 10406                          Nevada Bar No.: 4967
    801 South Casino Center Boulevard              1100 E. Bridger Ave.
    Las Vegas, Nevada 89101                        Las Vegas, NV 89101
    Attorneys for Plaintiffs                       Attorneys for Defendant

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled action as to Plaintiffs SANDRA PALMER and DONALD PALMER and Defendants LOWE'S HOME CENTERS, LLC d/b/a LOWE'S STORE# 1863, that Plaintiff DONALD PALMER be dismissed without prejudice, each party to bear their own costs and attorney's fees, except as otherwise agreed.

DATED: February 8, 2016

_____
U.S. DISTRICT JUDGE

Submitted by:

SIMON LAW

By: /s/ Benjamin J. Miller
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
SIMON LAW
810 South Casino Center Blvd.
Las Vegas, Nevada 89101
(702) 364-1650
Attorneys for Plaintiffs