| | |
|---|---|
| 1 | **THORNDAL, ARMSTRONG, DELK,** |
| | **BALKENBUSH & EISINGER** |
| 2 | Kevin R. Diamond, Esq. |
| | Nevada Bar No. 4967 |
| 3 | 1100 E. Bridger Ave. |
| | Las Vegas, Nevada  89101 |
| 4 | Tel:   (702) 366-0622 |
| | Fax:  (702) 366-0327 |
| 5 | Email:  kdiamond@thorndal.com |
| | Attorneys for Lowe's Home Centers, LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA PALMER; DONALD PALMER, Husband and Wife, | Case No.: 2:16-cv-00033-JCM-PAL |
| Plaintiffs, | |
| vs. | |
| LOWE'S HOME CENTERS, LLC d/b/a LOWE'S STORE # 1863; DOE EMPLOYEE; DOES II through V and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER DISMISSING PLAINTIFF'S WAGE LOSS CLAIM**

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that Plaintiff SANDRA PALMER'S past and future wage loss claim, including any related claims

. . .

. . .

. . .

. . .

. . .

. . .

-1-

1  for loss of earnings and loss of earning capacity, may be dismissed, from the above-entitled

2  cause of action.

3        DATED this 19th day of February, 2016.

4  THORNDAL, ARMSTRONG, DELK,     SIMON LAW
5  BALKENBUSH & EISINGER

6

7  By: /s/ Kevin Diamond, Esq.           By: /s/ Ben Miller, Esq.
     KEVIN R. DIAMOND, ESQ.            BEN MILLER, ESQ.
8       Nevada Bar No. 4967                 Nevada Bar No. 10406
     1100 E. Bridger Avenue              810 S. Casino Center Blvd.
9       P.O. Drawer 2070                    Las Vegas, Nevada  89101
     Las Vegas, Nevada 89125-2070      Attorney for Plaintiffs
10      Attorneys for Defendants

11

12                                 O R D E R

13       IT IS HEREBY ORDERED that Plaintiff SANDRA PALMER'S past and future wage

14 loss claim, including any related claims for loss of earnings and loss of earning capacity, is

15 dismissed, from the above-entitled cause of action.

16       DATED February 23, 2016.

17

18                                 _____
19                                 UNITED STATES DISTRICT JUDGE

20

21 Submitted by:

22 THORNDAL, ARMSTRONG, DELK,
23 BALKENBUSH & EISINGER

24

25 By:  /s/ Kevin Diamond, Esq.
     KEVIN R. DIAMOND, ESQ.
26      Nevada Bar No. 4967
     1100 East Bridger Avenue
27      P. O. Drawer 2070
     Las Vegas, Nevada  89125-2070
28      Attorneys for Defendants