WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgas.com
Attorney for Defendant
Lowe's Home Centers, LLC,
d/b/a Lowe's Store #1863

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA PALMER, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:16-cv-00033-JCM-PAL |
| LOWE'S HOME CENTERS, LLC d/b/a LOWE'S STORE #1863; DOE EMPLOYEE; DOES I through V and ROE CORPORATIONS VI through X, inclusive, | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff, Sandra Palmer, BENJAMIN J. MILLER, ESQ., of SIMON LAW, and counsel for the Defendant, Lowe's Home Centers, LLC, d/b/a Lowe's Store #1863, WALTER R. CANNON, ESQ., of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, that the above-entitled action may be dismissed with prejudice; each side to bear their own costs and attorney's fees.

DATED this 21st day of MARCH, 2017.

SIMON LAW

BY: _____
BENJAMIN J. MILLER, ESQ.
Nevada Bar No. 10406
810 South Casino Center Blvd.
Las Vegas, Nevada 89101
Attorney for Plaintiff

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 24, 2017

Submitted by:

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant